1  **ROBERT ISHIKAWA, #90621**
Attorney at Law
2  5713 N. West Avenue, Suite 101
Fresno, CA  93711
3  Ph. (559) 432-9600
Fax (559) 432-9609
4  email: bob@ishikawalaw.com

5  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN TERRELL ) <br> *** - ** - 4662 ) <br> ) <br>     Plaintiff, ) <br>         vs. ) <br> ) <br> MICHAEL ASTRUE, ) <br> Commissioner of Social Security ) <br>     Defendant(s). ) <br> _____ ) | Case No: 1:10-CV-00921-LJO-SKO <br><br> **REQUEST FOR DISMISSAL** |

The parties, by and through their respective counsel, hereby request that the above captioned case be dismissed with prejudice, each party to bear his own attorney's fees and costs.


Dated: 12/13/10         /s/ Robert Ishikawa
                        ROBERT ISHIKAWA
                        Attorney for Plaintiff, Dawn Terrell

Dated: 12/13/10         /s/Brenda M. Pullin (approved via email)
                        BRENDA M. PULLIN
                        Assistant Regional Counsel

1

**ORDER**

Based on the parties' stipulation, this Court DISMISSES this action with prejudice and DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   December 16, 2010**              /s/ Lawrence J. O'Neill
                                                                        UNITED STATES DISTRICT JUDGE